ALBERT K. MARMERO, ESQUIRE
ATTORNEY ID #: 020462003
MARMERO LAW, LLC
44 EUCLID STREET
WOODBURY, NEW JERSEY 08096
(856) 848-6440 PHONE
(856) 848-5002 FACSIMILE
amarmero@marmerolaw.com
*ATTORNEYS FOR DEFENDANT, TOWNSHIP OF DEPTFORD*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| Usman Chaudhry | Case No. 25-cv-4245 |
|---|---|
| Plaintiff, | *Civil Action* |
| vs. | **ATTORNEY CERTIFICATION** |
| Township of Woodbury, Township of Deptford, Township of Franklin, John Armano, | |
| Defendants. | |

I, Albert K. Marmero, Esq., hereby certify as follows:

1. I am the owner of the law firm of Marmero Law, LLC, attorneys for Defendant, Township of Deptford, in the above captioned matter. As such, I am familiar with the facts and circumstances of this matter, am authorized to make this certification, and have first-hand personal knowledge of the facts set forth herein.

2. I submit this Certification in support of the Defendants' Motion to Dismiss Plaintiff's Complaint.

3. Attached to this Motion as **Exhibit A** is a true and correct copy of the Plaintiff's Complaint in this matter.

1

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**MARMERO LAW, LLC**
Attorneys for Defendant, Township of Deptford

*/s/ Albert K. Marmero*
Albert K. Marmero, Esquire

Dated: July 31, 2025