## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **USMAN CHAUDHRY,**<br><br>     **Plaintiff,**<br><br>  **v.**<br><br>**TOWNSHIP OF WOODBURY,** *et al.*,<br><br>     **Defendants.** | **Case No. 25–cv–04245–ESK–EAP**<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motions to dismiss of defendants Township of Woodbury (ECF No. 9) and Township of Deptford (ECF No. 16); and the Court having held a hearing (Hearing) on the pending motions (ECF No. 26); and plaintiff Usman Chaudhry having represented during the Hearing that he has received all relief requested and does not believe that this case need proceed further,

**IT IS** on this   **23rd** day of **March 2026**   **ORDERED** that:

1.     The motions at ECF No. 9 and ECF No. 16 are **ADMINISTRATIVELY TERMINATED AS MOOT**.

2.     The Clerk shall **ADMINISTRATIVELY TERMINATE** this case and mark it **CLOSED**.

3.     If any party wishes to reinstate the case, they may request so by filing a letter on the docket.

  */s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**